Filed: 2/5/2019 10:43 AM
St. Joseph Circuit Court
St. Joseph County, Indiana

STATE OF INDIANA ) IN THE ST. JOSEPH CIRCUIT COURT
) SS ~~PROBATE DIVISION~~
COUNTY OF ST. JOSEPH ) ~~SITTING AT SOUTH BEND, IN~~

IN THE MATTER OF THE )
ESTATE OF ERICA FLORES, Deceased ) CAUSE NO.: 71C01-1809-EU-000084

## LETTER OF ADMINISTRATION

I, Rita L. Glenn, Clerk of the Circuit Court for the County of St Joseph, Indiana, do hereby certify that Letters of Administration for the Estate of **ERICA FLORES**, late of St. Joseph County, deceased, who died intestate, is granted to **SORAIDA FLORES** and said **SORAIDA FLORES**, having qualified and given **OATH** as such **Personal Representative**, **SHE IS** duly authorized to take upon **HERSELF** the administration of such Estate, according to law.

WITNESS, my Hand and the Seal of said court this 5th day of February, 2019.

RITA L. GLENN
Clerk of the St. Joseph Court
Rita L. Glenn

ST. JOSEPH COUNTY SEAL INDIANA

PLAINTIFF'S EXHIBIT
A