STATE OF INDIANA )
) SS
COUNTY OF ST. JOSEPH )

IN THE ST. JOSEPH CIRCUIT COURT
PROBATE DIVISION
SITTING AT SOUTH BEND, IN

FILED
October 22, 2018
ST. JOSEPH CIRCUIT & SUPERIOR COURT
JB

IN THE MATTER OF THE
ESTATE OF ERICA FLORES, Deceased ) CAUSE NO. 71C01-1809-EU-000084

ORDER APPOINTING PERSONAL REPRESENTATIVE FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH

COMES NOW Soraida Flores, and files her Verified Petition for Appointment of Personal Representative and Letters of Administration for the Sole Purpose of collecting damages for wrongful death, which petition is in the words and figures as follows, t-wit: (HI)

And the Court, having examined same and being duly advised in the premises, now finds that the allegations of said petition are true, and specifically finds that:

1. ERICA FLORES died on the 20th day of July, 2018, and at the time of her death, was domiciled in St. Joseph County, Indiana.

2. That the decedent died intestate, and according to the petition filed, the heirs of the decedent are as follows:

| Name | Age | Relationship | Address |
|---|---|---|---|
| Jennifer Flores | 5 | Daughter | (Redacted) |
| Emily Flores | 4 | Daughter | (Redacted) |

3. SORAIDA FLORES should be appointed Personal Representative of the Estate of Erica Flores for the sole purpose of brining an action concerning decedent's alleged wrongful death.

4. Letters of Administration should be issued as indicated and requested in said petition.

PLAINTIFF'S EXHIBIT
B

5. The Personal Representative qualified by taking and subscribing her oath.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that:

1. The bond of the Personal Representative be, and hereby is, waived.

2. The clerk should be, and hereby is, directed to issue Letters of Administration, which Letters shall reflect that the Personal Representative is appointed for the sole purpose of maintaining an action for wrongful death of the descendent.

3. The Personal Representative's Counsel should be, and hereby is, authorized and directed to file a claim for wrongful death of decedent.

All of which is found and recommended this 19 day of Oct., 2018.

[signature]
Magistrate, ST. JOSEPH CIRCUIT COURT EB

ST. JOSEPH COUNTY SEAL INDIANA
EB

All of which is so ordered and approved this 22nd day of Oct., 2018.

[signature]
Judge, ST. JOSEPH CIRCUIT COURT

ST. JOSEPH COUNTY SEAL INDIANA
JK