**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **SORAIDA FLORES, as Personal Representative of the Estate of ERICA FLORES, deceased,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 2:19 CV 64** |
| **CITY OF SOUTH BEND, a municipal corporation, and JUSTIN GORNY,** | ) | |
| **Defendants.** | ) | |

**O R D E R**

Pursuant to 28 U.S.C. § 137 and Northern District of Indiana Local Rule 40-1(f)(1), the court finds that the speedy administration of justice requires that this case be reassigned. Accordingly, the undersigned hereby **RECUSES** himself from this matter and **DIRECTS** the Clerk to reassign this case to another district judge in accordance with the Local Rules.

**SO ORDERED**.

Date: July 19, 2021

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT